Raymond Robinson
4562 Illinois Street
San Diego, CA 92116
(619) 283-3121
xray.1@cox.net
in propria persona

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RAYMOND ROBINSON,

    Plaintiff,

vs.

DAVID RUBIN and BRIAN CORNELL,

    Defendants.

Case No. 08 CV 0244 W BLM

COMPLAINT FOR DAMAGES

Jury trial requested.

PRELIMINARY STATEMENT

1.) Plaintiff Raymond Robinson is a United States citizen disappointed by the apparent abuse of rights of unrepresented defendants in California infraction hearings.

JURISDICTION AND VENUE

2.) This case arises under the Constitution and laws of the United States and presents a federal civil rights question within this court's jurisdiction under 28 U.S.C. section 1331.

3.) The court has authority to grant nominal, actual and exemplary damages under 42 U.S.C. section 1983.

4.) This venue is proper under 28 U.S.C. 1391 (b), in that both defendants reside in this district.

/////

## PARTIES

5.) Plaintiff Raymond Robinson resides in San Diego, California.

6.) Defendant David Rubin is an individual United States citizen residing in San Diego, California.

7.) Defendant Brian Cornell is an individual United States citizen residing in San Diego, California.

## STATEMENT OF FACTS

8.) Upon information and belief, Plaintiff alleges that defendants, under color of state law, deprived Plaintiff of his right to due process during a California infraction trial where Plaintiff herein was the defendant therein.

9.) During said trial, February 9, 2007, defendant Rubin herein was Judge Rubin therein, and defendant Cornell herein was the sole witness for the People therein.

10.) During said trial, upon conclusion of testimony, defendants herein conspired such that Mr. Cornell, a non-lawyer, would become the Prosecutor therein and thereby furnish the legal argument on behalf of the People and against Plaintiff herein.

11.) During said trial, Mr. Cornell did in fact perform said prosecutorial duties when prompted by Judge Rubin.

12.) During said trial, at the conclusion of Mr. Cornell's three legal arguments against Plaintiff herein, Judge Rubin acknowledged upon the record that said arguments had influenced the trial court's decision, and a conviction was thereupon entered against Plaintiff herein.

13.) Plaintiff alleges that defendant Cornell, upon representing the People of the State of California during said trial, became in violation of California Business and Professions Code section 6126 (a) for practicing law without a license, a misdemeanor.

14.) Plaintiff alleges that defendants Cornell and Rubin herein, acted in concert to have defendant Cornell commit the crime aforesaid, constituting a criminal conspiracy under California Penal Code section 182 (a)(1), as well as a criminal conspiracy to pervert or obstruct justice, or the due administration of the laws, under (a)(5) of said section.

15.) Plaintiff alleges that defendant Rubin's criminal participation in said conspiracy(ies) was not a judicial act and therefore judicial immunity has no place in this action. Neither of the defendants herein is protected from liability in this civil suit based upon any claim of immunity.

16.) Plaintiff alleges that the object of said conspiracy was to deceive Plaintiff into believing that the fraudulent conviction to follow was arrived at fairly, and to intimidate Plaintiff from seeking review thereafter.

17.) Plaintiff brings this action against defendants in their individual capacities.

18.) The aforesaid conviction of Plaintiff was thereafter reversed on appeal and the case dismissed.

## CAUSE OF ACTION

19.) Plaintiff incorporates by reference the allegations in paragraphs 1 through 18 above.

20.) Defendants are in violation of 42 U.S.C. section 1983, in that they conspired, under color of law, to deprive Plaintiff of his right to due process in State court.

21.) Said defendants did in fact complete the acts necessary to accomplish the goal of said conspiracy, resulting in substantial harm to Plaintiff.

## REQUEST FOR RELIEF

Good cause having been shown, Plaintiff requests the following relief:

1. Nominal damages in the amount of $1.00 (one dollar).
2. Actual damages in the amount of $1,000.00 (one thousand dollars).
3. Exemplary damages in an amount equal to one year's 2007 gross salary from each of said defendants, respectively, as minimal punishment and as a deterrent against future rights abuses.
4. Actual costs to Plaintiff in bringing this action.
5. Any other and further relief as the court might deem appropriate.

Dated: 2-7-08

Raymond Robinson, in pro per

```
       UNITED STATES
       DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

       # 147368      - BH

       February 07, 2008
            15:34:26


         Civ Fil Non-Pris
    USAO #.: 08CV0244 CIVIL FILING
    Judge..: THOMAS J WHELAN
    Amount.:              $350.00 CC



    Total-> $350.00


    FROM: ROBINSON V. RUBIN & CORNELL
          CIVIL FILING
          VISA AUTH# 333039
```

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Raymond Robinson

**DEFENDANTS**
David Rubin and Brian Cornell

FILED
08 FEB -7 PM 4:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

'08 CV 0244 W BLM

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
in propria persona

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability — **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations — **Habeas Corpus:** / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land |  |  |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | **IMMIGRATION** |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☒ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  |  | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC 1983
Brief description of cause:
Conspired deprivation of right to due process in state criminal proceeding

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 200,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 2/8/08
SIGNATURE OF ATTORNEY OF RECORD: Ray Robinson

**FOR OFFICE USE ONLY**
RECEIPT # 147368    AMOUNT $350 — 2/7/08 BM    APPLYING IFP    JUDGE    MAG. JUDGE