AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FILED 08 FEB -7 PM 4:04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Southern District of California

Raymond Robinson

V.

David Rubin
and
Brian Cornell

## SUMMONS IN A CIVIL CASE

CASE NUMBER: '08 CV 0244 W BLM

TO:

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Raymond Robinson, in pro per
4562 Illinois Street
San Diego, CA 92116

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

W. SAMUEL HAMRICK, JR.

CLERK

DATE 2/7/08

(By) DEPUTY CLERK