FILED
2008 FEB 15 PM 3:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KMT_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON, ) | Case No.: '08 CV 0244 W BLM |
| Plaintiff, ) | |
| vs. ) | **ACKNOWLEDGEMENT OF SERVICE** |
| DAVID RUBIN and BRIAN CORNELL, ) | |
| Defendants. ) | |

I, _____Steve McMillan #2688_____, am a Sergeant with the San Diego Police Department Internal Affairs Unit, and as such am authorized to accept service of process on behalf of Officer David Cornell of the Traffic Division. I am in possession of the Summons and Complaint in the above-entitled action.

February 14, 2008

_____[signature] S. McMillan_____

- 1 -