FILED
2008 FEB 15 PM 3: 38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KMT _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON, | Case No.: '08 CV 0244 W BLM |
| Plaintiff, | |
| vs. | **ACKNOWLEDGEMENT OF SERVICE** |
| DAVID RUBIN and BRIAN CORNELL, | |
| Defendants. | |

I, _Steve McMillan #2688_, am a Sergeant with the San Diego Police Department Internal Affairs Unit, and as such am authorized to accept service of process on behalf of Officer David Cornell of the Traffic Division. I am in possession of the Summons and Complaint in the above-entitled action.

February 14, 2008

_[signature]_

- 1 -