DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
San Diego, California 92101
Telephone: (619) 531-3036
Facsimile: (619) 685-6606

Attorneys for Defendant, The Honorable David Rubin, Judge of the Superior Court
of California, County of San Diego

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RUBIN AND BRIAN CORNELL,<br><br>Defendants. | Case No. 08-CV-0244 W (BLM)<br><br>DECLARATION IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE ON DEFENDANT JUDGE RUBIN'S MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE<br><br>**[No Oral Argument Pursuant to Civil Local Rule 7.1(d.1)]**<br><br>Date : April 1, 2008<br>Time : 10:30 a.m.<br>Crtrm : 7 (3rd Floor)<br>Judge : The Hon. Thomas J. Whelan |

1. I am a licensed attorney employed by the Superior Court of California, County of San Diego ("California Court"). I am licensed to practice law in the State of California and have also been admitted to practice before the Courts of Appeals for the Ninth and the Federal Circuits, and before the Southern, Central and Eastern Districts of California. I have personal knowledge of the matters stated herein and if called as a witness, I would competently testify thereto.

2. Attached to the Request for Judicial Notice as Exhibit A is a true and correct copy of the following document: Engrossed Settled Statement on Appeal

filed July 14, 2007, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

3. Attached to the Request for Judicial Notice is a true and correct copy of Exhibit B: Appellant's Opening Brief on Appeal signed September 11, 2007, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

4. Attached to the Request for Judicial Notice is a true and correct copy of Exhibit C: Respondent's Brief on Appeal filed September 28, 2007, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

5. Attached to the Request for Judicial Notice is a true and correct copy of Exhibit D: Order dated January 18, 2008, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

6. Attached to the Request for Judicial Notice is a true and correct copy of Exhibit E: Remittitur filed February 5, 2008, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

7. Attached to the Request for Judicial Notice is a true and correct copy of Exhibit F: Complaint filed February 7, 2008, in *Raymond Robinson v. David Rubin and Brian Cornell*, U.S. Dist. Ct., So Dist. Cal., 08-CV-0244 W (BLM).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of February 2008, in San Diego, California.

                             ___s/ Cheryl L. Brierton_____
                             CHERYL L. BRIERTON, Litigation Attorney