DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
San Diego, California 92101
Telephone: (619) 531-3036
Facsimile: (619) 685-6606

Attorneys for Defendant, The Honorable David Rubin, Judge of the Superior Court
of California, County of San Diego

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAVID RUBIN AND BRIAN CORNELL,<br><br>　　　　Defendants. | Case No.: 08-CV-0244 W (BLM)<br><br>**PROOF OF SERVICE**<br>[Local Rules 5.3, 5.4(c)] |

　　　I, PUI TSANG, declare that: I am over the age of eighteen years and not a party to the above-referenced case; I am employed in, or am a resident of, the County of San Diego, California where the mailing occurs; and my business address is: 220 W. Broadway, San Diego, California.

　　　I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

PROOF OF SERVICE - 1

08v0244 W (BLM)

On February 28, 2008, I served the following document(s): **DEFENDANT JUDGE RUBIN'S NOTICE OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE; DEFENDANT JUDGE RUBIN'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE; DEFENDANT JUDGE RUBIN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE; DECLARATION IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE ON DEFENDANT JUDGE RUBIN'S MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE; EXHIBIT TABLE OF CONTENTS & EXHIBITS A-F** by placing a true copy of each document in a separate envelope addressed to each addressee, respectively, as follows:

**Raymond Robinson**
**4562 Illinois Street**
**San Diego, CA 92116**

I then sealed each envelope and deposited said envelope(s) in the U.S. Postal Pick up box, this same day, at my business address shown above, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 28, 2008

_____
PUI TSANG