MICHAEL J. AGUIRRE, City Attorney
DANIEL M. BAMBERG, Deputy City Attorney (SBN 60499)
WALTER C. CHUNG, Deputy City Attorney (SBN 163097)
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 236-6220
    Facsimile:   (619) 236-6018

To the benefit of the City of San Diego, Exempt from fees per Gov't Code § 6103.

Attorneys for Defendant
Brian Cornell

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID RUBIN and BRIAN CORNELL,<br><br>    Defendants. | Case No. 08 CV 0244 W BLM<br><br>**DEFENDANT BRIAN CORNELL'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Fed. R. Civ. P. Rule 12(b)(6)]<br><br>[NO ORAL ARGUMENT PURSUANT TO LOCAL RULE 7.1]<br><br>Date: April 7, 2008<br>Time: 10:30 a.m.<br>Courtroom: 7<br>Judge: Hon. Thomas J. Whelan |

**TO: PLAINTIFF AND HIS ATTORNEY OF RECORD:**

    **PLEASE TAKE NOTICE** that on April 7, 2008, at 10:30 a.m., or as soon thereafter as this matter may be heard, in the Courtroom of the Honorable Thomas J. Whelan, United States District Court Judge, Courtroom 7 located at the United States District Court for the Southern District of California, 940 Front Street, San Diego, CA, Defendant Brian Cornell ("Cornell") will move, and hereby moves, this Court to dismiss the Complaint against Cornell pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

    For the reasons set forth in the attached Memorandum in Support of this Motion, incorporated herein by reference and on the records and files in the case and on such additional

///

1  argument or evidence as may be presented at hearing, said Defendant respectfully requests that
2  the Complaint in this matter as to Cornell be dismissed.
3  Dated: March 5, 2008                        MICHAEL J. AGUIRRE, City Attorney
4
5                                              By  /s/ Walter C. Chung
                                                   DANIEL M. BAMBERG
                                                   WALTER C. CHUNG
6                                                  Deputy City Attorneys
                                                Attorneys for Defendant Brian Cornell