**MICHAEL J. AGUIRRE, City Attorney**
**DANIEL M. BAMBERG, Deputy City Attorney (SBN 60499)**
**WALTER C. CHUNG, Deputy City Attorney (SBN 163097)**
    **Office of the City Attorney**
    **1200 Third Avenue, Suite 1100**
    **San Diego, CA 92101-4100**
    **Telephone: (619) 236-6220**
    **Facsimile: (619) 236-6018**

To the benefit of the City of San Diego, Exempt from fees per Gov't Code § 6103.

**Attorneys for Defendant**
**Brian Cornell**

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND ROBINSON,** | ) **Case No.: 08CV0244 W BLM** |
| **Plaintiff,** | ) |
| **v.** | ) **CERTIFICATE OF ECF SERVICE** |
| **DAVID RUBIN AND BRIAN CORNELL,** | ) |
| **Defendants.** | ) |

### <u>Certificate of ECF Service</u>

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents:

1    Original of:

2
         • **DEFENDANT BRIAN CORNELL'S NOTICE OF MOTION AND MOTION**
3           **TO DISMISS PLAINTIFF'S COMPLAINT;**

4        • **DEFENDANT BRIAN CORNELL'S MOTION TO DISMISS PLAINTIFF'S**
            **COMPLAINT; and**
5
6        • **CERTIFICATE OF ECF SERVICE OF MARCH 5, 2007.**

7    **Filed March 5, 2008 on the ECF system and served pursuant to General Order No. 550, with:**

8    **Clerk of the Court**
     **United States District Court**
9    **Southern District of California**
     **880 Front Street, Suite 4290**
10   **San Diego, CA  92101**

11

| | |
|---|---|
| 12  **Raymond Robinson**<br>**4562 Illinois Street**<br>**San Diego, CA  92116** | **xray@cox.net** |
| 13  | |
| 14  **619 283-3121** | |
|     **Attorney Pro Per** | |
| 15  **Darlene A. Dorman, Esq.**<br>**Superior Court of California**<br>**County of San Diego**<br>**Cheryl K. Brierton, Esq.**<br>**220 West Broadway**<br>**San Diego, CA  92101** | **Cheryl.breirton@sdcourt.ca.gov** |
| 16  | |
| 17  | |
| 18  | |
| 19  **619 531-3036**<br>**619 685-6606 - fax** | |
| 20  **Representing David Rubin** | |

21

22

23

24
                              _____
25                            JEAN E. PETERS

26

27

28