| | |
|---|---|
| MICHAEL J. AGUIRRE, City Attorney<br>DANIEL M. BAMBERG, Deputy City Attorney (SBN 60499)<br>WALTER C. CHUNG, Deputy City Attorney (SBN 163097)<br>    Office of the City Attorney<br>    1200 Third Avenue, Suite 1100<br>    San Diego, CA  92101-4100<br>    Telephone:  (619) 236-6220<br>    Facsimile:   (619) 236-6018 | To the benefit of the City of San Diego, Exempt from fees per Gov't Code § 6103. |

**Attorneys for Defendant**
**Brian Cornell**

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON,<br><br>            Plaintiff,<br><br>       v.<br><br>DAVID RUBIN AND BRIAN CORNELL,<br><br>            Defendants. | ) Case No.: 08CV0244 W BLM<br>)<br>)<br>)<br>) **CERTIFICATE OF ECF SERVICE**<br>)<br>)<br>)<br>)<br>) |

### Certificate of ECF Service

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

   I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents:

Original of:

- **DEFENDANT BRIAN CORNELL'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT;**
- **DEFENDANT BRIAN CORNELL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT; and**
- **CERTIFICATE OF ECF SERVICE OF MARCH 5, 2007.**

Filed March 5, 2008 on the ECF system and served pursuant to General Order No. 550, with:

Clerk of the Court
United States District Court
Southern District of California
880 Front Street, Suite 4290
San Diego, CA  92101

| | |
|---|---|
| Raymond Robinson<br>4562 Illinois Street<br>San Diego, CA  92116<br><br>619 283-3121<br><br>Attorney Pro Per | xray@cox.net<br><br>**Service by United States Mail** |
| Darlene A. Dorman, Esq.<br>Superior Court of California<br>County of San Diego<br>Cheryl K. Brierton, Esq.<br>220 West Broadway<br>San Diego, CA  92101<br><br>619 531-3036<br>619 685-6606 - fax<br><br>**Representing David Rubin** | Cheryl.breirton@sdcourt.ca.gov |

*(signature)*
JEAN E. PETERS