FL-335

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406) (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Raymond Robinson<br>4562 Illinois St., San Diego, CA 02116<br>(619) 283-3121<br>xray.1@cox.net<br>TELEPHONE NO.: 619-283-3121   FAX NO.:<br>ATTORNEY FOR (Name): pro se | FILED<br>08 APR 17 PM 2:58<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: _____ DEPUTY |

UNITED STATES DISTRICT COURT
STREET ADDRESS: 940 Front Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Southern District of California

PETITIONER/PLAINTIFF: Raymond Robinson

RESPONDENT/DEFENDANT: David Rubin and Brian Cornell

OTHER PARENT:

| PROOF OF SERVICE BY MAIL | CASE NUMBER:<br>08 CV 0244 DMS (BLM) |
|---|---|

**NOTICE:** To serve temporary restraining orders you must use personal service (see form FL-330).

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   8033 Vickers St., San Diego, CA 92111

3. I served a copy of the following documents (specify):
   PLAINTIFF'S OPPOSITION TO DEFENDANT BRIAN CORNELL'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

   by enclosing them in an envelope AND
   a. ☐ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☑ **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: Cheryl Brierton, Litigation Attorney
   b. Address:       Superior Court of California
                     220 W. Broadway, San Diego, CA 92101
   c. Date mailed: April 16, 2008
   d. Place of mailing (city and state): San Diego, CA

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 16, 2008

Allen Hiser                                                      ▶ /s/ Allen Hiser
(TYPE OR PRINT NAME)                                             (SIGNATURE OF PERSON COMPLETING THIS FORM)

Form Approved for Optional Use
Judicial Council of California
FL-335 [Rev. January 1, 2003]

PROOF OF SERVICE BY MAIL

Code of Civil Procedure, §§ 1013, 1013a
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

FL-335

| ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406) (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Raymond Robinson<br>4562 Illinois St., San Diego, CA 02116<br>(619) 283-3121<br>xray.1@cox.net<br>TELEPHONE NO.: 619-283-3121   FAX NO.:<br>ATTORNEY FOR (Name): pro se | FILED<br>08 APR 17 PM 2:58<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY_____ DEPUTY |

| UNITED STATES DISTRICT COURT |
|---|
| STREET ADDRESS: 940 Front Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: San Diego, CA 92101 |
| BRANCH NAME: Southern District of California |

| PETITIONER/PLAINTIFF: Raymond Robinson |
|---|
| RESPONDENT/DEFENDANT: David Rubin and Brian Cornell |
| OTHER PARENT: |

| PROOF OF SERVICE BY MAIL | CASE NUMBER:<br>08 CV 0244 DMS (BLM) |
|---|---|

**NOTICE:** To serve temporary restraining orders you must use personal service (see form FL-330).

1. I am at least 18 years of age, not a party to this action, and I am a resident of or employed in the county where the mailing took place.

2. My residence or business address is:
   8033 Vickers St., San Diego, CA 92111

3. I served a copy of the following documents *(specify)*:
   PLAINTIFF'S OPPOSITION TO DEFENDANT BRIAN CORNELL'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

   by enclosing them in an envelope AND
   a. ☐ **depositing** the sealed envelope with the United States Postal Service with the postage fully prepaid.
   b. ☒ **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

4. The envelope was addressed and mailed as follows:
   a. Name of person served: Cheryl Brierton, Litigation Attorney
   b. Address:    Superior Court of California
                  220 W. Broadway, San Diego, CA 92101
   c. Date mailed: April 16, 2008
   d. Place of mailing *(city and state)*: San Diego, CA

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 16, 2008

Allen Hiser
(TYPE OR PRINT NAME)                    ▶ /s/ Allen Hiser
                                        (SIGNATURE OF PERSON COMPLETING THIS FORM)

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>FL-335 (Rev. January 1, 2003) | **PROOF OF SERVICE BY MAIL** | Code of Civil Procedure, §§ 1013, 1013a<br>www.courtinfo.ca.gov |
|---|---|---|

American LegalNet, Inc.
www.USCourtForms.com