# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON,<br><br>            Plaintiff,<br>vs.<br>DAVID RUBIN, et al.,<br><br>            Defendants. | CASE NO. 08cv0244 DMS (BLM)<br><br>**ORDER RE: ORAL ARGUMENT** |

Defendants' motions to dismiss are currently scheduled for hearing on May 2, 2008. The Court finds these matters suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED**.

DATED: April 24, 2008

_____
HON. DANA M. SABRAW
United States District Judge