1  **MICHAEL J. AGUIRRE, City Attorney**
   **DANIEL M. BAMBERG, Deputy City Attorney (SBN 60499)**
2  **WALTER C. CHUNG, Deputy City Attorney (SBN 163097)**
       **Office of the City Attorney**
3      **1200 Third Avenue, Suite 1100**
       **San Diego, CA  92101-4100**
4      **Telephone:  (619) 236-6220**
       **Facsimile:    (619) 236-6018**
5

To the benefit of the City of San Diego, Exempt from fees per Gov't Code § 6103.

6  **Attorneys for Defendant**
   **Brian Cornell**
7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11  **RAYMOND ROBINSON,**                    )
                                             )  **Case No.: 08CV0244 W BLM**
12              **Plaintiff,**               )
                                             )
13          **v.**                           )  **CERTIFICATE OF ECF SERVICE**
                                             )
14  **DAVID RUBIN AND BRIAN CORNELL,**       )
                                             )
15          **Defendants.**                  )
                                             )
16                                           )
                                             )
17                                           )
                                             )
18

19              **<u>Certificate of ECF Service</u>**

20

21  STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

22      I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years

23  and not a party to this action; and that I served the individuals on the service list attached hereto the

24  following documents:

25

26

27

28

1  Original of:

2      •      **DEFENDANT BRIAN CORNELL'S REPLY TO OPPOSITION TO HIS**
3             **MOTION TO DISMISS PLAINTIFF'S COMPLAINT; and**

4      •      **CERTIFICATE OF ECF SERVICE OF APRIL 24, 2007.**

5  **Filed  April 24, 2008 on the ECF system and served pursuant to General Order No. 550, with:**

6  **Clerk of the Court**
7  **United States District Court**
   **Southern District of California**
8  **880 Front Street, Suite 4290**
   **San Diego, CA  92101**

9

| | |
|---|---|
| **Raymond Robinson**<br>**4562 Illinois Street**<br>**San Diego, CA  92116**<br><br>**619 283-3121**<br><br>**Attorney Pro Per** | xrav@cox.net |
| **Darlene A. Dorman, Esq.**<br>**Superior Court of California**<br>**County of San Diego**<br>**Cheryl K. Brierton, Esq.**<br>**220 West Broadway**<br>**San Diego, CA  92101**<br><br>**619 531-3036**<br>**619 685-6606 - fax**<br><br>**Representing David Rubin** | Cheryl.breirton@sdcourt.ca.gov |

JEAN E. PETERS

2
Certificate of ECF Service
Case No.: 08CV0244 W BLM