NUNC PRO TUNC
MAY -1 2008

FILED
2008 MAY -5 AM 11: 14

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

1  Raymond Robinson
2  4562 Illinois St.
3  San Diego, CA 92116
4  (619) 283-3121
5  xray.1@cox.net
6  in pro per

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID RUBIN and BRIAN CORNELL,<br><br>    Defendants. | Case No.: '08 CV 0244 DMS (BLM)<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>Jury Trial Requested. |

PRELIMINARY REMARKS

1. In 1967, Supreme Court Justice William O. Douglas posed the following inquiry:

   *"... What about the judge who conspires with local law enforcement officers to 'railroad' a dissenter? What about the judge who knowingly turns a trial into a 'kangaroo' court? Or one who knowingly flouts the Constitution in order to obtain a conviction? ..."* [Pierson v. Ray, 386 U.S. 547, 566-67 (1967)].

2. Those very issues raised by Justice Douglas over 40 years ago are now surfacing by way of this lawsuit, exposing two such actors while serving as an example to

others who might be intentionally abusing the protected rights of self-represented litigants.

## JURISDICTION AND VENUE

3. This case arises under the Constitution and laws of the United States and presents a federal civil rights question within this court's jurisdiction under 28 U.S.C. section 1331.

4. The court has authority to grant nominal, actual and exemplary damages pursuant to 42 U.S.C. section 1983.

5. This venue is proper under 28 U.S.C. section 1391, in that both defendants reside within this district.

## PARTIES

6. Plaintiff Raymond Robinson is a United States citizen residing in San Diego, CA.

7. Defendant David Rubin is a United States citizen and California state judge residing in San Diego, California. This action is brought against Mr. Rubin in his individual capacity.

8. Defendant Brian Cornell is a United States citizen and a City of San Diego traffic patrolman residing in San Diego, California. This action is brought against Mr. Cornell in his individual capacity.

## STATEMENT OF FACTS

9. On November 15, 2006, Defendant Cornell issued a traffic citation to Plaintiff, thereby accusing Plaintiff of an infraction violation of California law.

10. On February 9, 2007 the State of California conducted a court trial of said accusation.

11. During said trial, Plaintiff was self-represented, Defendant Cornell was the sole government witness, and Defendant Rubin was the judge.

12. During said trial, when the legal argument of the defendant therein was to begin, Judge Rubin declared that the government's witness, a layperson, would *"wave opening and reserve rebuttal,"* upon which the defendant asked Judge Rubin if the witness was therefore going to be allowed to argue, to which Judge Rubin declared, *"Right. He has first and last but he's not going to go first. He's going to let you go instead and he's going to go last."*

13. Judge Rubin's assignment of the government's witness to argue the law on behalf of the People, as described in paragraph 12 above, was made without overt consultation with said witness and without objection therefrom.

14. Judge Rubin's said assignment of the government's witness to argue the law on behalf of the People, was a ministerial act requiring no discretion.

15. During said trial, at the completion of the defendant's four, specific legal arguments, Judge Rubin said to the government's witness, *"Alright, your rebuttal,"* at which point Mr. Cornell, still without objecting, proceeded to furnish the People's legal argument in opposition to each of the first three of Plaintiff's particular defensive arguments, ignoring the fourth.

16. During said trial, at the conclusion of Mr. Cornell's legal arguments, Judge Rubin pronounced Plaintiff herein guilty while acknowledging upon the record that the arguments of the government's witness had indeed influenced the court's verdict.

## CAUSE OF ACTION

17. Plaintiff incorporates by reference the allegations of paragraphs 3 through 16 above.

18. Defendants conspired to violate Plaintiff's *procedural* due process rights where having a layperson argue the law on behalf of the State and having the judge rely

upon said argument for the court's guilty verdict, thus rendering the underlying proceedings fundamentally unfair.

19. Defendants conspired to violate Plaintiff's *substantive* due process rights where, at the urging of the judge, the government's witness got up and started arguing the law on behalf of the People of the State of California, thereby shocking the conscience of a reasonable person.

20. Defendants are in violation of 42 U.S.C. section 1983, in that they acted under color of state law to deprive Plaintiff of due process rights protected under, and guaranteed by, Section 1 of the Fourteenth Amendment to the Federal Constitution.

21. Defendants are in violation of California Civil Code sections 1708, 1709 and 1710 for their deceitful infringement upon Plaintiff's rights as aforesaid.

## REQUEST FOR RELIEF

Good cause having been shown, Plaintiff requests the following:

22. That both Defendants be found guilty of violating Plaintiff's federally protected constitutional rights;

23. That both Defendants be found guilty of violating Plaintiff's California civil rights;

24. That the Court recognize Defendant Cornell's violation of California Business and Professions Code section 6126 (a) for arguing the law on behalf of the People of the State of California without being a member of the State Bar, a misdemeanor;

25. That the Court recognize both Defendants' violation of California Penal Code section 182 (a)(1) for their conspiracy to have Defendant Cornell represent the People as aforesaid;

26. That the Court recognize both Defendants' violation of California Penal Code section 182 (a)(5) for conspiring to pervert or obstruct justice, or the due

administration of the laws, where Defendant Rubin precipitated Defendant Cornell's representation of the People and then relied thereupon where finding Plaintiff herein guilty;

27. That the Court find the aforesaid conduct of Defendant Rubin as non-judicial, because said Defendant knew he had no jurisdiction whatsoever to assign a layperson to argue the law on behalf of the People, and also because said Defendant had no jurisdiction whatsoever to knowingly participate in a violation of state penal code(s);

28. That Plaintiff be awarded $1.00 in nominal damages;

29. That Plaintiff be awarded $10,000.00 in actual damages;

30. That the Defendants be minimally punished through punitive damages equal to one year's 2007 gross salary from each of said Defendants, respectively, to serve also as an example so that other such actors might be discouraged from trampling upon the rights of future unsuspecting litigants;

30. That Plaintiff be awarded any other or further relief as the Court or Jury may deem appropriate.

## VERIFICATION

I, Raymond Robinson, am the Plaintiff in this action. I personally set forth the allegations of fact in this Complaint, and I hereby declare under penalty of perjury that each of said allegations is true and correct.

Dated: 5-1-08

Raymond Robinson
Plaintiff, in pro per

/////

1  Raymond Robinson

2  4562 Illinois St.

3  San Diego, CA 92116

4  (619) 283-3121

5  xray.1@cox.net

6  in pro per

7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>DAVID RUBIN and BRIAN CORNELL,<br><br>          Defendants. | Case No.: '08 CV 0244 DMS (BLM)<br><br>PROOF OF SERVICE BY MAIL |

   I, ALLEN HISER, declare that I am over the age of eighteen years and not a party to the above-entitled action. I am employed in the County of San Diego, California where my business address is 8033 Vickers Street, San Diego, California 92111.

   I further declare that I am familiar with the normal collection of mail by the United States Postal Service at my place of business, and that I placed for today's such collection the following document in the above-entitled case:

**FIRST AMENDED COMPLAINT FOR DAMAGES**

...by placing true copies of said document into two envelopes thereafter sealed and bearing sufficient postage, and addressed to:

Cheryl Brierton, Litigation Attorney

Superior Court of California

220 West Broadway

San Diego, CA 92101

and to:

Walter Clement Chung

Office of the City Attorney

1200 3rd Avenue, Suite 1100

San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-1-08

Allen Hiser

PROOF OF SERVICE BY MAIL