# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| RAYMOND ROBINSON,<br><br>    vs.                    Plaintiff,<br><br>DAVID RUBIN, et al.,<br><br>                        Defendants. | CASE NO. 08cv0244 DMS (BLM)<br><br>**ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS AS MOOT**<br><br>**[Docket Nos. 5, 6]** |
|---|---|

Defendants' motions to dismiss are currently pending before this Court. In light of the First Amended Complaint, which was filed on May 5, 2008, the Court denies the pending motions as moot.

**IT IS SO ORDERED**.

DATED: May 6, 2008

_____
HON. DANA M. SABRAW
United States District Judge