MICHAEL J. AGUIRRE, City Attorney
DANIEL M. BAMBERG, Deputy City Attorney (SBN 60499)
WALTER C. CHUNG, Deputy City Attorney (SBN 163097)
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, CA  92101-4100
    Telephone:  (619) 236-6220
    Facsimile:  (619) 236-6018

To the benefit of the City of San Diego, Exempt from fees per Gov't Code § 6103.

Attorneys for Defendant
Brian Cornell

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON, | ) |
| | ) Case No.: 08CV0244 W BLM |
| Plaintiff, | ) |
| | ) |
| v. | ) CERTIFICATE OF ECF SERVICE |
| | ) |
| DAVID RUBIN AND BRIAN CORNELL, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

### Certificate of ECF Service

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

    I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents:

Original of:

- **DEFENDANT BRIAN CORNELL'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; and**
- **CERTIFICATE OF ECF SERVICE OF MAY 8, 2008.**

Filed May 8, 2008 on the ECF system and served pursuant to General Order No. 550, with:

**Clerk of the Court**
**United States District Court**
**Southern District of California**
**880 Front Street, Suite 4290**
**San Diego, CA  92101**

| | |
|---|---|
| **Raymond Robinson**<br>**4562 Illinois Street**<br>**San Diego, CA  92116**<br><br>619 283-3121<br><br>**Attorney Pro Per** | *Via United States Mail* |
| Darlene A. Dorman, Esq.<br>**Superior Court of California**<br>**County of San Diego**<br>**Cheryl K. Brierton, Esq.**<br>**220 West Broadway**<br>**San Diego, CA  92101**<br><br>619 531-3036<br>619 685-6606 - fax<br><br>**Representing David Rubin** | <u>Cheryl.breirton@sdcourt.ca.gov</u> |

*/s/ Jean E. Peters*

JEAN E. PETERS

---

2
Certificate of ECF Service

Case No.: 08CV0244 W BLM