```
FILED
08 MAY 20 PM 3: 27
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF
BY:  ECL
                DEPUTY
```

1  Raymond Robinson

2  4562 Illinois St.

3  San Diego, CA 92116

4  (619) 283-3121

5  xray.1@cox.net

6  in pro per

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | RAYMOND ROBINSON,           ) Case No.: '08 CV 0244 DMS (BLM)
12 |         Plaintiff,          ) PROOF OF SERVICE BY MAIL
13 |    vs.                      )
14 | DAVID RUBIN and BRIAN CORNELL, )
15 |         Defendants.         )

16

17   I, ALLEN HISER, declare that I am over the age of eighteen years and not a party to

18 the above-entitled action. I am employed in the County of San Diego, California where

19 my business address is 8033 Vickers Street, San Diego, California 92111.

20   I further declare that I am familiar with the normal collection of mail by the United

21 States Postal Service at my place of business, and that I placed for today's such

22 collection the following document in the above-entitled case…

23       **PLAINTIFF'S OPPOSITION TO DEFENDANT BRIAN CORNELL'S MOTION**

24          **TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT,**

25          **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT.**



| | |
|---|---|
| 1 | ...after placing a true copy of said document into two separate envelopes thereafter |
| 2 | sealed and bearing sufficient postage, and addressing them to: |
| 3 | Cheryl Brierton, Litigation Attorney |
| 4 | Superior Court of California |
| 5 | 220 West Broadway |
| 6 | San Diego, CA 92101 |
| 7 | and to: |
| 8 | Walter Clement Chung |
| 9 | Office of the City Attorney |
| 10 | 1200 3rd Avenue, Suite 1100 |
| 11 | San Diego, CA 92101 |
| 12 | I declare under penalty of perjury that the foregoing is true and correct. |
| 13 | Dated: 5-20-08 |
| 14 | Allen Hiser |

PROOF OF SERVICE BY MAIL