DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
San Diego, California 92101
Telephone: (619) 531-3036
Facsimile: (619) 685-6606

Attorneys for Defendant, The Honorable David Rubin, Judge of the Superior Court
    of California, County of San Diego

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID RUBIN AND BRIAN CORNELL,<br><br>    Defendants. | Case No. 08-CV-0244 DMS (BLM)<br><br>DEFENDANT JUDGE RUBIN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT WITH PREJUDICE<br><br>**[No Oral Argument Pursuant to Civil Local Rule 7.1(d.1)]**<br><br>Date  :  July 11, 2008<br>Time  :  1:30 p.m.<br>Crtrm :  10 (2nd Floor)<br>Judge :  The Hon. Dana M. Sabraw |

    Defendant, The Honorable David Rubin, Judge of the Superior Court of California, County of San Diego ("California Court"), hereby requests notice of the following exhibits (see Fed. R. of Evid. 201; and e.g., *Henson v. CSC Cred. Servs.*, 29 F.3d. 280 (7th Cir. 1994) [District Court properly considered public court documents filed in earlier state court case in deciding defendants' motion to dismiss, since district court may take judicial notice of matters of public record without converting rule 12(b)(6) motion into motion for summary judgment]; *In re Phillips*, 593 F.2d. 356 (8th Cir. 1979) [Bankruptcy judge did not err in taking

judicial notice of state court petition against bankrupt in order to determine nature of debt created by resulting default judgment against bankrupt]; *Schweitzer v. Scott*, 469 F.Supp. 1017 (C.D. Cal. 1979) [court is empowered to take judicial notice of court files and records]). There is "ample authority . . . which recognizes that matters of public record, including court records in related or underlying cases which have a direct relation to the matters at issue, may be looked to when ruling on a 12(b)(6) motion to dismiss." *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach (In re American Continental Corporation/Lincoln S&L Secs. Litig.)*, 102 F.3d 1524, 1537 (9th Cir. 1996), rev'd on other grounds, 523 U.S. 26, 140 L. Ed. 2d 62, 118 S. Ct. 956 (1998).

Exhibit A:  Request for Judicial Notice, Exhibit A, Engrossed Settled Statement on Appeal filed July 14, 2007, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

Exhibit B:  Appellant's Opening Brief on Appeal signed September 11, 2007, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

Exhibit C:  Respondent's Brief on Appeal filed September 28, 2007, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

Exhibit D:   Order dated January 18, 2008, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

Exhibit E:   Remittitur filed February 5, 2008, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

Exhibit F:   First Amended Complaint filed May 1, 2008, in *Raymond Robinson v. David Rubin and Brian Cornell*, U.S. Dist. Ct., So Dist. Cal., 08-CV-0244 DMS (BLM).

Respectfully submitted,

DARLENE A. DORNAN, Court Counsel
Superior Court of California, County of San Diego

DATED:      By: ___s/ Cheryl L. Brierton_____
May 21, 2008

CHERYL L. BRIERTON, Litigation Attorney
Attorney for Defendant, The Honorable David Rubin, Judge of the Superior Court of California, County of San Diego