DARLENE A. DORNAN, Court Counsel (State Bar No. 182228)
Superior Court of California, County of San Diego
By CHERYL L. BRIERTON, Litigation Attorney (State Bar No. 108242)
220 West Broadway
San Diego, California  92101
Telephone: (619) 531-3036
Facsimile: (619) 685-6606

Attorneys for Defendant, The Honorable David Rubin, Judge of the Superior Court
    of California, County of San Diego

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON,<br><br>             Plaintiff,<br><br>v.<br><br>DAVID RUBIN AND BRIAN CORNELL,<br><br>             Defendants. | Case No. 08-CV-0244 DMS (BLM)<br><br>DECLARATION IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE ON DEFENDANT JUDGE RUBIN'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT WITH PREJUDICE<br><br>**[No Oral Argument Pursuant to Civil Local Rule 7.1(d.1)]**<br><br>Date  :  July 11, 2008<br>Time  :  1:30 p.m.<br>Crtrm :  10 (2nd Floor)<br>Judge :  The Hon. Dana M. Sabraw |

1.    I am a licensed attorney employed by the Superior Court of California, County of San Diego ("California Court").  I am licensed to practice law in the State of California and have also been admitted to practice before the Courts of Appeals for the Ninth and the Federal Circuits, and before the Southern, Central and Eastern Districts of California.  I have personal knowledge of the matters stated herein and if called as a witness, I would competently testify thereto.

2.    Attached to the Request for Judicial Notice as Exhibit A is a true and correct copy of the following document:  Engrossed Settled Statement on Appeal filed July 14, 2007, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

3.    Attached to the Request for Judicial Notice is a true and correct copy of Exhibit B:  Appellant's Opening Brief on Appeal signed September 11, 2007, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

4.    Attached to the Request for Judicial Notice is a true and correct copy of Exhibit C:  Respondent's Brief on Appeal filed September 28, 2007, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

5.    Attached to the Request for Judicial Notice is a true and correct copy of Exhibit D:  Order dated January 18, 2008, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

6.    Attached to the Request for Judicial Notice is a true and correct copy of Exhibit E:  Remittitur filed February 5, 2008, in *People of the State of California v. Raymond Robinson*, California Court Case No. Y337174, Appellate Division No. CA206475;

7.    Attached to the Request for Judicial Notice is a true and correct copy of Exhibit F:  First Amended Complaint filed May 1, 2008, in *Raymond Robinson*

*v. David Rubin and Brian Cornell*, U.S. Dist. Ct., So Dist. Cal., 08-CV-0244 DMS (BLM).

  I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of May 2008, in San Diego, California.

          ___s/ Cheryl L. Brierton_____
          CHERYL L. BRIERTON, Litigation Attorney