# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| RAYMOND ROBINSON, | CASE NO. 08cv0244 DMS (BLM) |
|---|---|
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| vs. | |
| DAVID RUBIN AND BRIAN CORNELL, | |
| Defendants. | |

Defendant Brian Cornell's motion to dismiss is currently scheduled for hearing on June 6, 2008. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED**.

DATED: June 3, 2008

_____
HON. DANA M. SABRAW
United States District Judge