1  Raymond Robinson
2  4562 Illinois St.
3  San Diego, CA 92116
4  (619) 283-3121
5  xray.1@cox.net
6  in pro per
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10

11  RAYMOND ROBINSON,              )  Case No.: '08 CV 0244 DMS (BLM)
12           Plaintiff,            )  PROOF OF SERVICE BY MAIL
13       vs.                       )
14  DAVID RUBIN and BRIAN CORNELL, )
15           Defendants.           )
16

17   I, ALLEN HISER, declare that I am over the age of eighteen years and not a party to
18  the above-entitled action. I am employed in the County of San Diego, California where
19  my business address is 8033 Vickers Street, San Diego, California 92111.
20   I further declare that I am familiar with the normal collection of mail by the United
21  States Postal Service at my place of business, and that I placed for today's such
22  collection the following document in the above-entitled case...
23       **PLAINTIFF'S OPPOSITION TO DEFENDANT JUDGE RUBIN'S MOTION**
24    **TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT WITH PREJUDICE,**
25         **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

FILED
08 JUN 18 PM 3:31
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY: EC  DEPUTY

1  ...after placing a true copy of said document into two separate envelopes thereafter
2  sealed and bearing sufficient postage, and addressing them to:

        Cheryl Brierton, Litigation Attorney

        Superior Court of California

        220 West Broadway

        San Diego, CA 92101

and to:

        Walter Clement Chung

        Office of the City Attorney

        1200 3rd Avenue, Suite 1100

        San Diego, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6-17-08

                                              Allen Hiser

PROOF OF SERVICE BY MAIL