1  Raymond Robinson
2  4562 Illinois St.
3  San Diego, CA 92116
4  619.283.3121
5  xray.1@cox.net
6  in pro per



## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAVID RUBIN and BRIAN CORNELL,<br><br>    Defendants. | Case No.: '08 CV 0244 DMS (BLM)<br><br>**PLAINTIFF'S DECLARATION OF NO REQUEST FOR TRANSCRIPT** |

The undersigned declares:

I, Raymond Robinson, am the Plaintiff/Appellant respecting a Notice of Appeal filed in this action, this date, from an order entered June 9, 2008 dismissing the Complaint with prejudice as to Defendant Cornell.

There have been no oral proceedings recorded in this action to date and, hence, there will be no transcript ordered for this appeal.

I certify under penalty of perjury the foregoing is true and correct.

Dated: 6-25-08                                    _____
                                                                    Declarant

Declaration re transcript - 1