# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON,<br><br>                    Plaintiff,<br>vs.<br>DAVID RUBIN AND BRIAN CORNELL,<br><br>                    Defendants. | CASE NO. 08cv0244 DMS (BLM)<br><br>**ORDER RE: ORAL ARGUMENT** |

    Defendant David Rubin's motion to dismiss is currently scheduled for hearing on July 11, 2008. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

    **IT IS SO ORDERED**.

DATED: July 2, 2008

_____
HON. DANA M. SABRAW
United States District Judge