# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900



**FILED**
JUL 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

JUL 15 2008

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939

Re:   USCA No:   08-56099
      USDC No:   08cv244 DMS (BLM)
      Robinson v. Rubin, et al

FILED _____
DOCKETED _____
DATE _____ INITIAL

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   | Copy of the Notice of Appeal |   | Docket Entries |
|---|---|---|---|
|   | Case Information/Docket Fee Payment Notification Form ||||
|   | Order for Time Schedule (Criminal) ||||
|   | Original Clerk's Record in |   | set(s) of |   | volume(s). |
|   | Reporter's transcript's transcripts in |   | set(s) of |   | volume(s). |
|   | Clerk's supplemental record in |   | set(s) of |   | volume(s). |
|   | Exhibits in |   envelope(s) |   | box(es) |   | folders(s) |
|   | Judgement Order | **OR** |   | F/P Order |
|   | CJA Form 20 | **OR** |   | Minute Order |
| ✖ | Certificate of Record | **OR** |   | Mandate Return |
|   | Amended docket fee notification form ||||
|   | Order Appointing Counsel for Appeal ||||
|   | ||||
| ✖ | Please acknowledge on the enclosed copy of this transmittal ||||

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: **L. Hammer**
Lauren Hammer, **Deputy**

Date:   07/8/08