# UNITED STATES DISTRICT COURT

### Southern District of California

Raymond Robinson

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 3:08–cv–00244–DMS–BLM
　　　　　　　　　　　　　　　　　　　　Judge Dana M. Sabraw

David Rubin, et al.

                        Defendant.

### JUDGMENT IN A CIVIL CASE

\_\_\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court Grants Defendant's motion to dismiss Plaintiff's First Amended Complaint for failure to state a claim. Plaintiff's First Amended Complaint is hereby dismissed without leave to amend.

W. Samuel Hamrick, Jr.,<br>Clerk of the Court

Date: 7/23/08

By: s/ L. Odierno, Deputy Clerk<br><br>ENTERED ON: July 23, 2008