Raymond Robinson

4562 Illinois St.

San Diego, CA 92116

(619) 283-3121

xray.1@cox.net

in pro per

FILED
AUG 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AKR DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON, | Case No.: '08 CV 0244 DMS (BLM) |
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| DAVID RUBIN, et al, | |
| Defendants. | |

Notice is hereby given that Raymond Robinson, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order dismissing the complaint with prejudice as to Defendant David Rubin entered in this action on the 23rd day of July, 2008.

Dated: 8-15-08

_Raymond Robinson_
Raymond Robinson, Plaintiff in pro per

Notice of Appeal - 1

# UNITED STATES DISTRICT COURT

### Southern District of California

Raymond Robinson

                       Plaintiff,

v.                                        Case No.: 3:08-cv-00244-DMS-BLM
                                       Judge Dana M. Sabraw

David Rubin, et al.

                       Defendant.

### JUDGMENT IN A CIVIL CASE

_____  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court Grants Defendant's motion to dismiss Plaintiff's First Amended Complaint for failure to state a claim. Plaintiff's First Amended Complaint is hereby dismissed without leave to amend.

                                                                        W. Samuel Hamrick, Jr.,
                                                                            Clerk of the Court

Date: 7/23/08

                                                                        By: s/ L. Odierno, Deputy Clerk

                                                                        ENTERED ON: July 23, 2008

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| RAYMOND ROBINSON, | CASE NO. 08cv0244 DMS (BLM) |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT DAVID RUBIN'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |
| vs. | |
| DAVID RUBIN AND BRIAN CORNELL, | [Docket No. 22] |
| Defendants. | |

This matter comes before the Court on Defendant David Rubin's motion to dismiss Plaintiff's First Amended Complaint. Plaintiff has filed an opposition to the motion, and Defendant Rubin has filed a reply. On July 2, 2008, the Court found the motion suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). For the reasons discussed below, the Court grants the motion to dismiss.

## I.
## BACKGROUND

This case arises out of a court trial following the issuance of a traffic citation by Officer Brian Cornell to Plaintiff on November 15, 2006. On February 9, 2007, Defendant Rubin, a San Diego Superior Court judge, presided over the trial on the traffic citation. Plaintiff and Officer Cornell appeared and testified at the trial, at the conclusion of which Defendant Judge Rubin found Plaintiff

guilty of an infraction violation of California Vehicle Code section 21804, subdivision (a).[1] Plaintiff appealed his conviction, and on January 18, 2004, the state appellate panel reversed the judgment of the trial court and dismissed the case in the interests of justice.

Plaintiff filed the present case against Defendant Rubin and Defendant Cornell on February 7, 2008. Defendants each filed motions to dismiss the Complaint, which were denied as moot upon the filing of Plaintiff's First Amended Complaint. In the First Amended Complaint, Plaintiff alleges the Defendants conspired to deprive him of his due process rights as protected under and guaranteed by Section 1 of the Fourteenth Amendment. Plaintiff also alleges the Defendants violated California Civil Code sections 1708, 1709, 1710 and California Penal Code sections 182(a)(1) and 182(a)(5). Defendant Cornell filed a motion to dismiss the First Amended Complaint on May 8, 2008, and this Court granted Defendant Cornell's motion on June 9, 2008.

## II.

## DISCUSSION

Defendant Rubin moves to dismiss the First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6). Defendant Rubin argues that the Complaint fails to state a claim for which relief can be granted and that he is immune from suit based on the doctrine of judicial immunity. Defendant Rubin also argues that this Court lacks jurisdiction based upon state sovereign immunity and the *Rooker-Feldman* abstention doctrine. Plaintiff disputes each of these arguments.

Dismissal pursuant to Rule 12(b)(6) is proper only where there is no cognizable legal theory or an absence of sufficient facts alleged to support a cognizable legal theory. *Navarro v. Block*, 250 F.3d 729, 732 (9th Cir. 2001) (citing *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1988)). In deciding a 12(b)(6) motion, all material factual allegations of the complaint are accepted as true, as well as all reasonable inferences to be drawn from them. *Cahill v. Liberty Mut. Ins. Co.*, 80 F.3d 336, 338 (9th Cir. 1996). However, the court need not accept all conclusory allegations as true;

---

[1] California Vehicle Code section 21804 [Entry onto highway], subdivision (a), provides: "The driver of any vehicle about to enter or cross a highway from any public or private property, or from an alley, shall yield the right-of-way to all traffic, as defined in section 620, approaching on the highway close enough to constitute an immediate hazard, and shall continue to yield the right-of-way to that traffic until he or she can proceed with reasonable safety."

1  rather, it must "examine whether conclusory allegations follow from the description of facts as alleged
2  by the plaintiff." *Holden v. Hagopian*, 978 F.2d 1115, 1121 (9th Cir. 1992) (citation omitted). A claim
3  "should not be dismissed unless it appears beyond doubt that plaintiff can prove no set of facts in
4  support of his claim which would entitle him to relief." *Perfect 10, Inc. v. Visa Intern. Service Ass'n*,
5  494 F.3d 788, 794 (9th Cir. 2007) (quoting *Rodriguez v. Panayiotou*, 314 F.3d 979, 983 (9th Cir.
6  2002)), *cert. denied*, 128 S. Ct. 2871 (2008).

7      The doctrine of judicial immunity bars civil suits for money damages under Section 1983
8  against judicial officers for alleged constitutional violations. *Stump v. Sparkman*, 435 U.S. 349, 354
9  (1978). Judges have absolute immunity from suit for judicial acts taken within the jurisdiction of their
10  courts. *Schucker v. Rockwood*, 846 F.2d 1202, 1204 (9th Cir. 1984). An act is "judicial" if it is the type
11  of act which is normally performed by a judge and if it is performed by the judge in his or her judicial
12  capacity. *Stump*, 435 U.S. at 362. A judicial act does not become less "judicial" because of an
13  allegation of malice or ill-motive. *Mireles v. Waco*, 502 U.S. 9, 12 (1991). Judicial immunity
14  encompasses injurious legal error, *Cleavinger v. Saxner*, 474 U.S. 193, 199-200 (1985), bad faith and
15  malice, *Mireles*, 502 U.S. at 11, and the commission of grave procedural errors. *In re Castillo*, 297
16  F.3d 940, 947 (9th Cir. 2002) (citing *Stump*, 435 U.S. at 359).

17      Absolute judicial immunity shields Defendant Rubin from Plaintiff's claims. Traffic infraction
18  proceedings are properly within a California court's subject matter jurisdiction. *See People v. Williams*,
19  145 Cal. App. 4th 756, 760 (2006). Additionally, this Court agrees with Defendant that Judge Rubin
20  was acting in his official capacity during the traffic infraction proceedings when he sought to
21  understand the facts of the case through the testimony of Plaintiff and Officer Cornell. Acting as trier
22  of fact during a traffic infraction proceeding is a typical judicial function. Such conduct cannot be the
23  basis of any civil claim because it is precluded by the doctrine of absolute judicial immunity. Since the
24  First Amended Complaint is barred by judicial immunity and thus does not contain any factual
25  //
26  //
27  //
28  //

allegations consistent with a right to relief, the Court grants the Defendant's motion to dismiss the First Amended Complaint.[2]

## III.

## CONCLUSION AND ORDER

In light of the above, the Court GRANTS Defendant's motion to dismiss Plaintiff's First Amended Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Plaintiff's First Amended Complaint is hereby dismissed without leave to amend. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

DATED: July 23, 2008

_____
HON. DANA M. SABRAW
United States District Judge

---

[2] Because the Court dismisses Plaintiff's claims pursuant to judicial immunity, the Court declines to address Defendant's arguments for dismissal relating to sovereign immunity and the abstention doctrine.

# Notice of Appeal Notification Form

**To:** Clerk, U.S. Court of Appeals                                       **Date:** 8/18/2008
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

## Case Information

Case Title:  Raymond Robinson v. David Rubin

U.S.D.C. No.:  08cv244-DMS-BLM                    U.S.D.C. Judge:  Dana M. Sabraw

Complaint/Indictment/Petition Filed:  Complaint

Appealed Order Entered:  7/23/2008

Notice of Appeal Filed:  8/15/2008

Court Reporter:  n/a

COA Status:  [ ] Granted in full/part (appeal only)        [ ] Denied (send clerk's file)

## Docket Fee Notification

Docket Fee:  [x] Paid         [ ] Not Paid         [ ] No Fee Required
USA/GOVT. APPEAL:  [ ] Yes    [x] No

Date F/P granted (Show Date and Attach Copy of Order): _____

Was F/P Status Revoked?  [ ] Yes    [ ] No

Companion Case(s): (Please list consolidated cases, if applicable)   USCA Case No. 08-56099

## Counsel Information

**Appellant Counsel:**

Raymond Robinson
4562 Illinois Street
San Diego, CA 92116
(619) 283-3121

**Appellee Counsel:**

Cheryl Lynn Brierton
Superior Court of California, County of San Diego
220 West Broadway
San Diego, CA 92101
(619) 450-5356

Counsel Status:  [ ] Retained        [ ] Appointed        [x] Pro Se
Appointed by: _____
(Attach copy of order/minutes)

## Defendant Information

Prisoner ID Number:  n/a
Bail: _____
Custody: _____

## SERVICE LIST

**Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:**

| | |
|---|---|
| x | Transmittal of U.S.C.A. (Appellant and Appellee) |
| x | Case Information/Docketing Fee Notification Form. (Appellant Only) |
| x | Notice of Appeal. (Appellant, Appellee, U.S. District Judge, USPO, and Court Reporter) |
| x | Docket Entries (Appellant and Appellee) |
| x | Designation of Reporter's Transcript and Ordering Form. (Appellant Only, mailed separately) |
| | Order for Time Schedule. (Criminal Only) (Appellant, Appellee, and Court Reporter) |
| | Magistrate Judge's Report and Recommendation |
| | COA Order |
| | F/P Order |
| | Minute Order |
| x | Other: Judgment, entered 7/23/2008; Order Granting Defendant David Rubin's Motion to Dismiss Plaintiff's First Amended Complaint, entered 7/23/2008 |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

Angela Rowland                                             *A Rowland*

Deputy's Name                                              Deputy's Signature

UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re: **USCA No:**
    **USDC No:**    08cv244-DMS-BLM
    **Robinson v. Rubin**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | | |
|---|---|---|---|---|---|
| x | Copy of the Notice of Appeal | | x | Docket Entries | |
| x | Case Information/Docket Fee Payment Notification Form | | | | |
| | Order for Time Schedule (Criminal) | | | | |
| | Original Clerk's Record in | | set(s) of | | volume(s). |
| | Reporter's transcript's transcripts in | | set(s) of | | volume(s). |
| | Exhibits in | envelope(s) | | box(es) | | folders(s) |
| x | Judgement Order | | | F/P Order | |
| | CJA Form 20 | | | Minute Order | |
| | Certificate of Record | | | Mandate Return | |
| | Magistrate Judge's Report and Recommendation | | | | |
| | COA Order | | | | |
| | Amended docket fee notification form | | | | |
| | Order Appointing Counsel for Appeal | | | | |
| x | Order Granting Defendant David Rubin's Motion to Dismiss Plaintiff's First Amended Complaint, entered 7/23/2008 | | | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 8/18/2008          By: *A Rowland*
Angela Rowland, **Deputy**