1  Raymond Robinson
2  4562 Illinois St.
3  San Diego, CA 92116
4  619.283.3121
5  xray.1@cox.net
6  in pro per

FILED
AUG 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROBINSON, Plaintiff, vs. DAVID RUBIN and BRIAN CORNELL, Defendants. | Case No.: '08 CV 0244 DMS (BLM) **CERTIFICATION OF NO REQUEST FOR TRANSCRIPT** |

I, Raymond Robinson, am the Plaintiff/Appellant respecting a Notice of Appeal filed in this action August 15, 2008 from a judgment entered July 23, 2008 dismissing the Complaint with prejudice as to Defendant Rubin.

There have been no oral proceedings recorded in this action to date and therefore no transcript will be ordered for this appeal.

Dated: 8-25-08

_Ray Robinson_
Raymond Robinson
Plaintiff, in pro per

Declaration re transcript - 1