# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

AUG 29 2008

To:   Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

FILED
SEP 0 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED _____
DOCKETED 9-3-8
DATE _____ INITIAL

Re:   USCA No:   08-56379
USDC No:   08cv244-DMS-BLM
**Robinson v. Rubin**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   | Copy of the Notice of Appeal |   | Docket Entries |
|---|---|---|---|
|   | Case Information/Docket Fee Payment Notification Form |   |   |
|   | Order for Time Schedule (Criminal) |   |   |
|   | Original Clerk's Record in | set(s) of | volume(s). |
|   | Reporter's transcript's transcripts in | set(s) of | volume(s). |
|   | Clerk's supplemental record in | set(s) of | volume(s). |
|   | Exhibits in   envelope(s) | box(es) | folders(s) |
|   | Judgement Order | OR | F/P Order |
|   | CJA Form 20 | OR | Minute Order |
| ✘ | Certificate of Record | OR | Mandate Return |
|   | Amended docket fee notification form |   |   |
|   | Order Appointing Counsel for Appeal |   |   |
|   |   |   |   |
| ✘ | Please acknowledge on the enclosed copy of this transmittal |   |   |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 8/26/2008

By: _A Rowland_
Angela Rowland, **Deputy**